UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
THOMAS PIENKOS,

    Plaintiff,

 -against-

Commissioner of Social Security,

    Defendant.
---------------------------------X

STIPULATION AND ORDER
REGARDING ATTORNEY'S FEES

Civil Action No. CV-18-2053

(Azrack, J.)

**FILED**
**CLERK**

7/30/2019 3:31 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

  IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, THOMAS PIENKOS, and counsel for the Defendant, the COMMISSIONER OF SOCIAL SECURITY ("Commissioner"), that (1) plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 20), is hereby withdrawn; and (2) that Plaintiff is awarded $7,182.34 (Seven Thousand One Hundred Eighty Two Dollars and Thirty Four Cents) for attorney's fees and expenses and $421.00 (Four Hundred Dollars and No Cents) in court costs in full satisfaction of any and all claims under the EAJA. It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer his rights to EAJA

fees to his attorney, provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

Dated: Shoreham, New York
   July 26, 2019

                 */s/ Christopher J. Bowes*
                CHRISTOPHER J. BOWES, ESQ.
                *Attorney for Plaintiff*
                54 Cobblestone Drive
                Shoreham, New York 11786
                (631) 929-1700
                cjbowes@gmail.com

Dated: Brooklyn, New York
   July 26, 2019

                RICHARD P. DONOGHUE
                United States Attorney
                Eastern District of New York
                *Attorney for Defendant*
                271 Cadman Plaza East, 7th Floor
                Brooklyn, New York 11201

             By:   */s/ Peter W. Jewett*
                PETER W. JEWETT
                Special Assistant United States Attorney
                (718) 254-6085
                (212) 264-2436
                peter.jewett@ssa.gov

SO ORDERED:

  /s/ (JMA)
_____
HONORABLE JOAN M. AZRACK     Dated: July 30, 2019
UNITED STATES DISTRICT JUDGE        Central Islip, New York